# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
|    JAMES K. RUSSELL, | ) | 15-11693-R |
|    TRACY L. RUSSELL, | ) | |
| | ) | |
| | ) | |
| | ) | Ch. 7 |
|    Debtors. | ) | |

### EMERGENCY REQUEST TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY DUE TO EXTENUATING CIRCUMSTANCES

COMES NOW Robt. S. Coffey of Tulsa Bankruptcy and Consumer Law, P.C., counsel in the above styled case, to move for a continuance of the hearing on the Wilmington Savings Fund Society FSB's October 6, 2015 Motion for Relief from Stay and Abandonment of Property, in support of which he would show the following:

1. There is a hearing on the matter above listed, set for the November 4th docket.

2. Counsel for Debtor suffered a mini-stroke on October 29, 2015, and was admitted to St. John Medical Center, where he remains hospitalized.

WHEREFORE, in light of the extenuating circumstances, the undersigned requests a continuance of the November 4, 2015 hearing to a later date.

DATED this 2nd day of November 2015.

                                        Respectfully submitted,

                                        /s/ Robt. S. Coffey

                                        _____
                                        Robt. S. Coffey, OBA# 17001
                                        Tulsa Bankruptcy & Consumer Law, PC
                                        406 S. Boulder Ave., Ste. 400
                                        Tulsa OK 74103
                                        (918) 409-2462
                                        (918) 512-4757 fax
                                        admin@tulsabklaw.com

1

CERTIFICATE OF SERVICE

I, the undersigned attorney at law hereby certify that the following parties were served a true and correct copy of the foregoing by means of the Court CMECF system:

Scott P. Kirtley
Chapter 7 Trustee

Jim Timberlake
Attorney for Creditor

Katherine Vance
Assistant U.S. Trustee

/s/ Robt. S. Coffey

_____
Robt. S. Coffey; OBA# 17001