IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
|    JAMES K. RUSSELL, | ) | 15-11693-R |
|    TRACY L. RUSSELL, | ) | |
| | ) | |
| | ) | |
| | ) | Ch. 7 |
|    Debtors. | ) | |

**EMERGENCY REQUEST TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY DUE TO EXTENUATING CIRCUMSTANCES**

COMES NOW Robt. S. Coffey of Tulsa Bankruptcy and Consumer Law, P.C., counsel in the above styled case, to move for a continuance of the hearing on the Motion for Relief from Stay filed by Auto Advantage, in support of which he would show the following:

1. There is a hearing on the matter above listed set for the November 4th docket.

2. Counsel for Debtor suffered a mini-stroke on October 29, 2015 and was admitted to St. John Medical Center, where he remains hospitalized.

WHEREFORE, in light of the extenuating circumstances the undersigned requests a continuance of the November 4, 2015 hearing to a later date.

DATED this 2nd day of November 2015.

Respectfully submitted,

/s/ Robt. S. Coffey

_____
Robt. S. Coffey, OBA# 17001
Tulsa Bankruptcy & Consumer Law, PC
406 S. Boulder Ave., Ste. 400
Tulsa OK 74103
(918) 409-2462
(918) 512-4757 fax
admin@tulsabklaw.com

1

CERTIFICATE OF SERVICE

I, the undersigned attorney at law hereby certify that the following parties were served a true and correct copy of the foregoing by means of the Court CMECF system:

    Scott P. Kirtley
    Chapter 7 Trustee

    Sean Nelson
    Counsel for Auto Advantage

    Katherine Vance
    Assistant U.S. Trustee

    /s/ Robt. S. Coffey
    _____
    Robt. S. Coffey; OBA# 17001